UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 25-02390-MJ-D'ANGELO

UNITED STATES OF AMERICA

v.

ROSCOW STRACHAN and
AKIL THURSTON,

        **Defendants.**
_____/

## CRIMINAL COVER SHEET

1. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to October 3, 2019 (Mag. Judge Jared M. Strauss)?   No

2. Did this matter involve the participation of or consultation with Magistrate Judge Eduardo I. Sanchez during his tenure at the U.S. Attorney's Office, which concluded on January 22, 2023? No

3. Did this matter involve the participation of or consultation with Magistrate Judge Marty Fulgueira Elfenbein during her tenure at the U.S. Attorney's Office, which concluded on March 5, 2024? No

4. Did this matter involve the participation of or consultation with Magistrate Judge Ellen F. D'Angelo during her tenure at the U.S. Attorney's Office, which concluded on October 7, 2024? No

                                            Respectfully submitted,

                                            HAYDEN P. O'BYRNE
                                            UNITED STATES ATTORNEY

BY:    */s/ Jeremy C. Fugate*
          Jeremy C. Fugate
          Assistant United States Attorney
          Court ID No. A5503295
          99 Northeast Fourth Street
          Miami, Florida 33132-2111
          Tel: (305) 961-9424
          Email: Jeremy.Fugate@usdoj.gov

AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| United States of America | ) |
|---|---|
| v. | ) |
| | ) Case No.  25-02390-MJ-D'ANGELO |
| ROSCOW STRACHAN and | ) |
| AKIL THURSTON, | ) |
| | ) |
| *Defendants.* | |

## CRIMINAL COMPLAINT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __February 27, 2025__ in the county of __Miami-Dade & Broward__ in the __Southern__ District of __Florida__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. § 846 | Conspiracy to possess with intent to distribute a controlled substance. |
| 21 U.S.C. § 841(a)(1) | Possession with intent to distribute a controlled substance. |

This criminal complaint is based on these facts:
SEE ATTACHED AFFIDAVIT.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Dianel J. De Armas, Special Agent FBI
*Printed name and title*   FBI #102185

Attested to by the Applicant in accordance with the requirements of Fed.R.Crim.P. 4.1 by __Face Time__

Date:  2/28/2025

_____
*Judge's signature*

City and state:   Miami, Florida    Honorable Ellen F. D'Angelo, United States Magisrate Judge
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Dianel J. De Armas (the "Affiant"), after being duly sworn, hereby states as follows:

## INTRODUCTION AND AGENT BACKGROUND

1. I am a Special Agent with the Federal Bureau of Investigation ("FBI") currently assigned to the Miami Field Office, Transnational Organized Crime squad. I have been employed by the FBI since February 2023. I have received training at the FBI Academy in various aspects of criminal investigations, such as witness and investigative interviews, search and arrest warrant operations, physical and electronic surveillance, and the handling of confidential human sources. Prior to working for the FBI, I served as a law enforcement officer for approximately six years at the City of Boca Raton Police Department in the State of Florida. I have investigated multiple narcotics related crimes as well as executed warrants and seizures of narcotics, including but not limited to methamphetamine, cocaine, heroin, fentanyl, marijuana, and prescription pills.

## BACKGROUND

2. On or about December 2024, an FBI confidential human source (herein referred to as CHS1) began communication with a Bahamian national known to law enforcement as First Name Unknown (FNU) Last Name Unknown (LNU) AKA "Unc". This individual was eventually identified by law enforcement as, Roscow A. STRACHAN. According to the CHS1, STRACHAN was involved in the cocaine trafficking business and was known to traffic cocaine from the Bahamas to the United States (US).

3. CHS1 was notified by STRACHAN that on February 26, 2025, he would be traveling from the Bahamas to South Florida to meet with CHS1. STRACHAN told CHS1 that he had his people in Miami, Florida (FL) and would be there in person to make a cocaine deal happen. On February 26, 2025, CHS1 and STRACHAN met in Miami, FL. CHS1 said that during the meeting, STRACHAN agreed to sell CHS1 20 kilograms of cocaine for $17,000 USD per kilogram.

STRACHAN subsequently agreed to meet CHS1 on February 27, 2025, in Broward County, FL to conduct the transaction.

## The ONE (1) KILOGRAM BUY-WALK

4. On February 27, 2025, CHS1, a second confidential human source (herein referred to as CHS2), and a Broward County Sheriff Office (BSO) Undercover Detective (UC) met with STRACHAN at the parking lot of an Outback Steakhouse, located at 1760 Stirling Road, Dania Beach, FL 33004. STRACHAN told CHS1 that he called his contact to bring him the cocaine.

5. STRACHAN'S contact, later identified by law enforcement as, Akil K. THURSTON, arrived at the Outback parking lot in a red Honda Accord (FL tag PJVT48). On numerous occasions, STRACHAN was observed by surveillance units getting out of the UC vehicle and into the Honda Accord. Surveillance observed STRACHAN exiting the Honda Accord and getting into the UC vehicle. It appeared that STRACHAN was concealing the one (1) kilogram of cocaine underneath his shirt. The BSO UC provided STRACHAN with $17,000 USD in FBI funds in exchange for the one (1) kilogram of cocaine. STRACHAN left the UC vehicle and got back into the back seat of the Honda Accord. STRACHAN returned to the UC vehicle a short time later, and said to let him know when they were ready for the additional cocaine. CHS1 told STRACHAN that they would be going to pick up the remaining money and would contact him.

## THE TRAFFIC STOP

6. A short time later, CHS1 recontacted STRACHAN and he agreed to follow the UC vehicle to the CVS pharmacy located at 2701 Stirling Road, Fort Lauderdale, FL 33312. THURSTON told STRACHAN that he only had 15 kilograms of cocaine remaining and agreed to bring all of it to the CVS pharmacy.

7. Trooper Naranjo conducted a traffic stop on the Honda Accord on W Stirling Road/ N 29th Avenue for a windshield tint violation. THURSTON complied and pulled into the shopping plaza. Trooper Sergeant Cichoski and Trooper Naranjo observed in plain view a black duffle bag on the rear driver side floorboard. Trooper Naranjo identified the driver and sole occupant as THURSTON. Shortly after, Troopers had THURSTON exit the vehicle and they had an onsite K9 conduct an open-air sniff of the vehicle. The K9 subsequently alerted to the vehicle.

8. Troopers searched the vehicle and located the 15 kilograms of suspected cocaine in brick shape form wrapped in plastic. The 15 kilograms of suspected cocaine were found inside of the black duffle bag. The suspected cocaine was field tested. The field test was positive for cocaine.

9. At this point, THURSTON and STRACHAN were taken into police custody.

## CONCLUSION

10. Based on the foregoing, I respectfully submit that probable cause exists to charge THURSTON and STRACHAN with possession with possession with intent to distribute cocaine, in violation of Title 21, United States Code, Section 841(a)(1), and conspiracy to commit cocaine trafficking in violation of Title 21, United States Code, Section 846.

**FURTHER AFFIANT SAYETH NAUGHT.**

_____
DIANEL J. DE ARMAS
SPECIAL AGENT
FEDERAL BUREAU OF INVESTIGATION

Attested to by the applicant in accordance with the requirements of Fed.R.Crim.P. 4.1 by Face Time this __28th__ day of February 2025.

_____
HONORABLE ELLEN F. D'ANGELO
UNITED STATES MAGISTRATE JUDGE